COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Christopher Reliford
N.P.D.C.
299 Edwina Drive
Natchitoches, La 71457

**REHEARING ACTION: August 24, 2011**

**Docket Number: 10   00907-KH**

**STATE OF LOUISIANA
VERSUS
CHRISTOPHER RELIFORD**

**Writ Application from Natchitoches Parish Case No. C-8001-B**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher Reliford** has this day been

    **DENIED.**

cc: Van Hardin Kyzar, Counsel for  the Respondent